```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0024--CR (JWS)
                       "USA V XAVIER LANELL COOK BENSON ET AL"
                          DEF 1.1 BENSON, XAVIER LANNELL COOK

       In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 02/20/04
              Closed: 07/08/04
  No. of Defendants: 2
      MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
   Needs interpreter: NO
   Counsel of record: Thomas Burke Wonnell
                      2600 Denali Street, Suite 460
                      Anchorage, AK 99501
                      907-276-8008
                      FAX 907-278-8571
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephan A. Collins
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      FAX 907-271-1500
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 1.1 BENSON, XAVIER LANNELL COOK
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1), 924(a)(2), 2 FELON IN POSSESSION OF A FIREARM (F) | Sentenced (42-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0024--CR (JWS)
                        "USA V XAVIER LANELL COOK BENSON ET AL"
                                DEF 2.1 STEPETIN, ARTHUR III

         In public format, including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 02/20/04
               Closed: 07/08/04
   No. of Defendants: 2
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: Mary Jane Haden
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Stephan A. Collins
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       FAX 907-271-1500
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   Counts re: DEF 2.1 STEPETIN, ARTHUR III
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 2 | 18:922(g)(1), 924(a)(2), 2 FELON IN POSSESSION OF A FIREARM AND AMMUNITION (F) | Dismissed (35-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0024--CR (JWS)
                        "USA V XAVIER LANELL COOK BENSON ET AL"

                        In public format, for all filing dates
```

```
    Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 02/20/04
             Closed: 07/08/04
 No. of Defendants: 2


 Document #   Filed       Docket text
 ----------   --------    -----------
 NOTE -    1  02/20/04    [Re: DEF 1] Issued WOA.

 NOTE -    2  02/20/04    [Re: DEF 2] Issued WOA.

     1 -    1  02/20/04   [Re: DEF 1-2] PLF 1 Indictment.

     2 -    1  02/23/04   [Re: DEF 1-2] AHB Grand Jury Minutes; WOAs to issue; writ of h/c ad pros
                          to follow; det per 18:3142(f); in state custody.

     3 -    1  02/24/04   [Re: DEF 1] PLF 1 petition for writ of h/c ad pros.

     4 -    1  02/24/04   [Re: DEF 2] PLF 1 petition for writ of h/c ad pros.

 NOTE -    3  02/25/04    Issued: Writ of h/c ad pros re: def 1

 NOTE -    4  02/25/04    Issued: Writ of h/c ad pros re: def 2.

 NOTE -    5  02/25/04    Notation: Proposed Trial Date Setting for Arr to USDJ re: DEF 1 and DEF
                          2.

     5 -    1  02/25/04   [Re: DEF 1] AHB Order granting petition petition for writ of h/c ad pros
                          (3-1).  cc: USA, USM

     6 -    1  02/25/04   [Re: DEF 2] AHB Order granting motion petition for writ of h/c ad pros
                          (4-1).  cc: USA, USM

     7 -    1  02/25/04   [Re: DEF 1-2] AHB Minute Order that arr re: Def 1 is set 2/26/04 at 2:00
                          p.m., arr re: Def 2 is set 2/26/04 at 2:30 p.m.  cc: USA, USM, PO, Defs
                          (by USM)

 NOTE -    6  02/26/04    Notation: Amended Proposed Trial Date Setting For Arr to USDJ.

     8 -    1  02/26/04   [Re: DEF 1-2] AHB Minute Order that MO (7-1) is amended as follows; arr
                          re: Def 1 is set 2:30 p.m., 2/27/04; arr re: def 2 is set 2:30 p.m.,
                          2/26/04. cc: USA, USM, PO, Defs (by USM)

     9 -    1  02/27/04   [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] re Arr on Indt hld
                          2/26/04; MJ Haden apptd; def pled not guilty; def detained; PTM's due
                          3/11/04; cnsl advised of trial date 4/26/04. cc: USA, FPD, USM, USPO,
                          Judge Sedwick

    10 -    1  02/27/04   [Re: DEF 2] Financial Affidavit.

    11 -    1  02/27/04   [Re: DEF 2] AHB Order of Detention Pending Trial. cc: USA, FPD, USM,
                          USPO

    12 -    1  02/27/04   [Re: DEF 2] AHB Order regarding preparation for trial re cnsl to meet &
                          confer by 3/2/04; PTM's due 3/11/04. cc: USA, FPD


 ACMS: R_RDSDI                 As of 01/30/06 at 1:26 PM by PAM                       Page 1
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE A04-0024--CR (JWS)
            "USA V XAVIER LANELL COOK BENSON ET AL"

              In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 03/01/04 | [Re: DEF 1] Financial Affidavit. |
| 14 - 1 | 03/01/04 | [Re: DEF 1] AHB Order regarding preparation for trial; disc conf 3/2/04; ptms due 3/12/04.  cc: USA, B. Wonnell |
| 15 - 1 | 03/01/04 | [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg se 3/4/04 at 3:30 p.m.  cc: USA, B. Wonnell, USM, PO |
| 16 - 1 | 03/01/04 | [Re: DEF 1] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of arr on Indt (held 2/27/04); financial aff FILED; FPD to appt cnsl; def plead not guilty;  def detained; order to temp det FILED; det hrg set 3:30 p.m., 3/4/04; ptms due 3/12/04; order re: preparation for trial FILED.  cc: USA, FPD (CJA Clerk), B. Wonnell, USM, PO, Judge Sedwick |
| 17 - 1 | 03/01/04 | [Re: DEF 1] Return of WOA executed on 2/27/04 via WHCAP from Anchorage Jail. |
| 18 - 1 | 03/01/04 | [Re: DEF 2] Return of WOA executed at Anchorage, AK on 2/26/04. |
| 19 - 1 | 03/02/04 | [Re: DEF 1-2] JWS Minute Order setting TBJ on 4/26/04 at 9:00 a.m. and FPTC for 4/26/04 at 8:30 a.m.. cc: USA, FPD, T. Wonnell, USM, USPO, MJ Branson, JC |
| 20 - 1 | 03/02/04 | [Re: DEF 1-2] JWS Minute Order that no reply memos are to be fld unless directed by US Magistrate or US District Judge. cc: USA, FPD, T. Wonnell, MJ Branson |
| 21 - 1 | 03/04/04 | [Re: DEF 1] AHB Minute Order that due to illness cnsl for def has notified crt telephonically that there is no proposed release plan, entry of order of det pending trial not contested; crt construes telephonic request to be oral mot to vacate 3/4/04 det hrg; oral mot granted; 3/4/04 det hrg is VACATED; crt will enter order of det pending trial.  cc: USA, B. Wonnell, USM, PO |
| 22 - 1 | 03/05/04 | [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, B. Wonnell, USM, PO |
| 23 - 1 | 03/05/04 | [Re: DEF 1] JWS Order appointing interpreter Y. Salazar-Hobrough as Spanish/English trial interpreter. cc: USA, T. Wonnell, Finance, Y. Salazar-Hobrough |
| 24 - 1 | 03/05/04 | [Re: DEF 1] CJA appointment of T. Burke Wonnell. |
| 25 - 1 | 03/09/04 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 26 - 1 | 03/09/04 | [Re: DEF 2] PLF 1 Discovery conference certificate. |
| 27 - 1 | 03/10/04 | [Re: DEF 1] JWS Minute Order vacating ord appointing interpreter for trial at dkt 23. cc: USA, T. Wonnell, Finance, Y. Salazar-Hobrough |
| 28 - 1 | 04/15/04 | DEF 1 Notice of Intent to change plea. |
| 29 - 1 | 04/16/04 | [Re: DEF 1] JWS Minute Order setting PCOP hrg on 4/22/04 at 9:00 a.m.; 4/26/04 FPTC and TBJ for this def vacated. cc: USA, T. Wonnell, USM, USPO, MJ Branson, JC |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0024--CR (JWS)
                       "USA V XAVIER LANELL COOK BENSON ET AL"

                          In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 04/19/04 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 31 - 1 | 04/19/04 | DEF 2 Proposed Voir Dire. |
| 32 - 1 | 04/19/04 | DEF 2 Trial Brief. |
| 33 - 1 | 04/19/04 | DEF 2 Proposed Jury Instructions. |
| 34 - 1 | 04/19/04 | DEF 2 motion to dismiss indictment without prejudice. |
| 34 - 2 | 04/20/04 | [Re: DEF 2] JWS Order granting mot to dismiss indt w/o prej (34-1); FPTC and TBJ set for 04/26/04 vacated. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 35 - 1 | 04/20/04 | [Re: DEF 2] JWS Judgment of Discharge dism ct 2 of the Indt (1-1). cc: USA, FPD, DEF w/cnsls cy, USM, USPO, MJ Branson |
| 36 - 1 | 04/20/04 | [Re: DEF 2] JWS Order of Release. cc: USA, FPD, USM, USPO |
| 37 - 1 | 04/23/04 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] PCOP Held 04/23/04; def changed plea to guilty on Ct 1 of the Indt; IOS set for 07/07/04 at 9:00 a.m. cc: USA, T. Wonnell, USM, USPO, MJ Branson |
| 38 - 1 | 04/26/04 | Return of writ of habeas corpus ad prosequendum re: DEF 2 from CIPT to USDC-Achorage on 2/26/04-4/20/04. |
| 39 - 1 | 06/30/04 | DEF 1 Sentencing Memorandum. |
| 40 - 1 | 07/06/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 41 - 1 | 07/08/04 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re IOS hld 7/7/04; sent 15 mos; SR 36 mos;SA $100 w/att letters. |
| 42 - 1 | 07/08/04 | [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); Sent 15 mos; SR 36 mos; SA $100. cc: USA, B. Wonnell, USM, USPO, Finance, Flu, MJ Branson, def w/cnsls cy |
| 43 - 1 | 07/20/04 | USM Return of svc on writ of HC Ad Prosequendum re: X.L.C.B. from AK-DOC to USDC Anchorage on 2/27/04-7/7/04. |
| 44 - 1 | 07/30/04 | DEF 1 Parial Transcript re: IOS held 7/7/04. |
| 45 - 1 | 08/10/04 | {SEALED} |
| 45 - 2 | 08/11/04 | {SEALED} |
| 46 - 1 | 12/14/04 | USM Return of svc on judgment re: DEF 1 on 11/10/04 to FCI Sheridan, at Sheridan, OR. |