```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs  XAVIER LANNELL COOK BENSON  CASE NO.  3:04-cr-00024-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES ATTORNEY:        STEPHAN COLLINS

DEFENDANT'S ATTORNEY:          THOMAS BURKE WONNELL - appointed

U.S.P.O.:                      TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD FEBRUARY 3, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:49 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
   defendant.

 X Defendant advised of general rights.

 X Defendant advised of allegations.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Financial Affidavit **FILED**.
     X Thomas Burke Wonnell accepted appointment; FPD notified.

 X Defendant **DENIED** allegations 1 thru 6 of the Petition to
   Revoke Supervised Release.

 X Consent to be filed by the close of business on **February 10, 2006** or case shall be transferred to U.S. District Judge.

 X Detention uncontested. Defendant detained.

 X Order of Detention Pending Trial **FILED.**

At 3:07 p.m. court adjourned.

DATE:      February 3, 2006      DEPUTY CLERK'S INITIALS:    ak

Case 3:04-cr-00024-JWS  Document 50  Filed 02/03/2006  Page 2 of 2