T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-24-1-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF NON-WAIVER** |
| vs. | ) | |
| | ) | |
| XAVIER LANNELL COOK BENSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW Defendant Xavier Lannell Cook Benson, by and through undersigned counsel, and pursuant to the Court's order of February 3, 2006, hereby gives notice that he does not waive his right to have the merits of the petition determined by the District Court Judge.

RESPECTFULLY SUBMITTED this 10th day of February, 2006.

T. BURKE WONNELL
CJA Counsel for Defendant
Xavier Lannell Cook Benson

By:_____/s/_____
   T. Burke Wonnell
   AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were electronically mailed to:

Stephan Collins, Esq.
222 W. 7th Ave. #9 Room 253
Anchorage, AK 99513-7567

this 10th day of February, 2006.


_____/s/_____
T. BURKE WONNELL