## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    XAVIER LANNELL COOK BENSON

THE HONORABLE JOHN W. SEDWICK    CASE NO.    3:04-cr-00024-JWS

Deputy Clerk    Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The court will conduct an evidentiary hearing regarding the alleged violations of conditions on Tuesday, February 22, 2006, at 8:30 AM. That hearing will be followed immediately by a disposition hearing if one or more violations have been found.

DATE: February 14, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]