# United States District Court
for the
## DISTRICT OF ALASKA

RECEIVED
FEB 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) ) ) vs. ) ) ) Xavier L. Benson ) | Case Number: A04-024 CR (JWS) **WARRANT FOR ARREST** |

TO:  The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Xavier L. Benson and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with three violations of his term of supervised release.

**REDACTED SIGNATURE**

Joh
Chief U.S. District Judge

1-30-06
Date

2006 JAN 30 PM 1:40
RECEIVED
U.S. MARSHALS SERVICE
ALASKA

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

USPO, Anchorage, AK

| Date Received: 1/30/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 2/1/06 | DUSM Rochelle Liedike | [signature] |