T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:04-cr-24-JWS |
| ) | |
| Plaintiff, ) | |
| ) | **NON-OPPOSED MOTION TO** |
| vs. ) | **CONTINUE HEARING ON** |
| ) | **SHORTENED TIME** |
| XAVIER LANNELL COOK BENSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW Defendant Xavier Benson, by and through undersigned counsel, and hereby moves the Court on shortened time to continue the hearing presently scheduled for February 22, 2006 until some time during the week of February 27, 2006. The parties are presently negotiating a resolution to the petition, and hopefully will avoid the need for an evidentiary hearing.  The undersigned spoke with Assistant United States Attorney Stephan Collins about the requested continuance.  Mr. Collins is not opposed to the requested continuance.

RESPECTFULLY SUBMITTED this 21st day of February, 2006.

                        T. BURKE WONNELL
                        CJA Counsel for Defendant
                        Xavier Lannell Cook Benson


By:_____/s/_____
   T. Burke Wonnell
   AK Bar No. 9610049


CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Stephan Collins, Esq.
222 W. 7th Ave. #9 Room 253
Anchorage, AK 99513-7567

Travis Lyons
222 W. 7th Ave., #48, Room 168
Anchorage, AK 99513-7562

this 21st day of February, 2006.


_____/s/_____
T. BURKE WONNELL