T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-24-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER PERTAINING TO** |
| | ) | **NON-OPPOSED MOTION TO** |
| vs. | ) | **CONTINUE HEARING ON** |
| | ) | **SHORTENED TIME** |
| XAVIER LANNELL COOK BENSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby ordered that Defendant's Non-Opposed Motion To Continue Hearing On Shortened Time dated February 21, 2006 is **GRANTED**. The hearing presently scheduled for 8:30 A.M. on February 22, 2006 is continued until _____A.M./P.M. on the _____ day of _____, 2006 in Courtroom _____.


_____          _____
DATE                      HON. JOHN W. SEDWICK