T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-24-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO COURT** |
| vs. | ) | |
| | ) | |
| XAVIER LANNELL COOK BENSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have been discussing a potential resolution to the petition that would obviate the need for an evidentiary hearing.  The parties would like the Court to be aware that they may need to continue the hearing again if the case is not resolved by the time of the hearing tomorrow.  The parties are hopeful that this will not be necessary and that a negotiated disposition will be presented at the time of the hearing.

RESPECTFULLY SUBMITTED this 27th day of February, 2006.

By: s/ T. Burke Wonnell_____
CJA Counsel for Defendant
Xavier Lannell Cook Benson
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Stephan Collins, Esq.
222 W. 7th Ave. #9 Room 253
Anchorage, AK 99513-7567

Travis Lyons
222 W. 7th Ave., #48, Room 168
Anchorage, AK 99513-7562


this 27th day of February, 2006.


_____s/ T. Burke Wonnell_____
T. BURKE WONNELL