**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *XAVIER LANNELL COOK BENSON*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04-cr-00024 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: February 28, 2006

The hearing regarding the alleged violations of conditions of release is **CONTINUED** at the parties' request to **9:00 AM** on **March 28, 2006.**