DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-00024 (JWS) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF RELATED CASE** |
| v. | ) | |
| XAVIER LANNELL COOK BENSON, | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through Larry D. Card, Assistant U.S. Attorney, and hereby notifies the Court that a new charging Information and Plea Agreement will be filed resolving the instant case,

and the "new" case in which an Information is being filed on March 28, 2006. In the Plea Agreement, the Defendant agrees to plead guilty to an information charging one count of being a felon in possession of a firearm, and agrees to waive indictment by the grand jury and plead guilty to the single count of the Information. In exchange for the Defendant's guilty pleas, and the admission of the related violation of his supervised release in the instant case, the United States agrees to a set sentence and disposition respectively that resolves both cases on the court's calendar.

RESPECTFULLY SUBMITTED this 27th day of March, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Larry D. Card
LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 27, 2006, via electronic notice.

T. Burke Wonnell

s/ Larry D. Card
_____